IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alicia Valenzuela,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Michael J. Astrue,[1] Commissioner of Social Security,<br><br>　　　　　Defendant | No. CV 06-249-TUC-FRZ (HCE)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Summary Judgment pertaining to the denial of disability benefits. Also pending before the Court is Defendant's Cross-Motion for Summary Judgment regarding the same denial of disability benefits.

United States Magistrate Judge Hector C. Estrada issued a Report and Recommendation on January 22, 2008. In that Report and Recommendation, Magistrate Judge Estrada recommended denying Defendant's Cross-Motion for Summary Judgment, granting in part and denying in part Plaintiff's Motion for Summary Judgment, and remanding the case to the Administrative Law Judge ("ALJ") for reconsideration consistent with the Report and Recommendation.

The Report and Recommendation indicated that any party could file written objections within ten days after being served with a copy of the Report and Recommendation. The

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. *See* 42 U.S.C. §405(g); Fed.R.Civ.P. 25(d)(1).

1  parties have not filed any objections to the Report and Recommendation and the time for
2  filing objections has expired. As such, the Court will not consider any objections.
3  　　　　The Court has reviewed the entire record and concludes that Magistrate Judge
4  Estrada's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R.
5  Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*
6  *Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).
7  　　　　Accordingly, IT IS HEREBY ORDERED as follows:
8  (1) United States Magistrate Judge Estrada's Report and Recommendation (Doc. #15) is
9  **ACCEPTED AND ADOPTED**.
10 (2) Defendant's Cross-Motion for Summary Judgment (Doc. #11) is **DENIED**.
11 (3) Plaintiff's Motion for Summary Judgment (Doc. #10) is **GRANTED IN PART AND**
12 **DENIED IN PART**, and this case is **REMANDED** to the ALJ for reconsideration consistent
13 with the Report and Recommendation.
14 (4) The **Clerk of the Court** is **directed to enter judgment accordingly and close the file**
15 **in this matter**.
16 　　　　DATED this 19th day of February, 2008.

FRANK R. ZAPATA
United States District Judge

- 2 -